# EXHIBIT A

# PowerSchool Cybersecurity Incident

*This site will be updated periodically as PowerSchool learns more information and takes additional steps in response to a recent security incident.*

March 7, 2025

## Summary Update

To our customers and the communities we serve, we would like to extend our gratitude and deepest appreciation for your patience and understanding as we have worked diligently to navigate the cybersecurity incident. We would like to provide a final update on this incident, though this website and the resources mentioned will continue to be available in the coming months.

### What Happened?

On December 28, 2024, PowerSchool became aware of a cybersecurity incident involving unauthorized exfiltration of personal information from certain PowerSchool Student Information System (SIS) environments through one of our community-focused customer support portals, PowerSource. PowerSchool did not experience any operational disruption and continued to provide services as normal to our customers.

### Steps We're Taking in Response

As soon as we learned of the incident, we immediately engaged our cybersecurity response protocols and mobilized a cross-functional response team, including senior leadership and third-party cybersecurity experts. **We have no evidence that other PowerSchool products were affected as a result of this incident, or that there is any malware or continued unauthorized activity in the PowerSchool environment.** Districts and schools that do not utilize PowerSchool SIS were not affected.

### What Information Was Involved?

Information related to current and former students and educators involved included one or more of the following, which varied by person: name, contact information, date of birth, limited medical alert information, Social Security Number (SSN)/Social Insurance Number (SIN), and other related information. We have no evidence that credit card or banking information was involved. Due to differences in customer requirements, the information exfiltrated for any given individual varied across our customer base.

### Notification to Individuals, Credit Monitoring, & Identity Protection

PowerSchool has notified relevant regulators on our customers' behalf in applicable jurisdictions as well as students (or their parents/guardians) and educators in the U.S. and Canada. In these geographies, we have offered complimentary identity protection services including, if applicable, credit monitoring services, for involved students and educators, regardless of whether an individual's Social Security Number/Social Insurance Number was exfiltrated. In countries outside of the U.S. and Canada where the provider provides such services, PowerSchool is offering two years of complimentary identity protection services for all students and educators whose information was involved, regardless of what information about an individual was exfiltrated.

### CrowdStrike Incident Report

PowerSchool engaged CrowdStrike, an industry leading cybersecurity expert, as soon as we became aware of the incident. After a thorough investigation, CrowdStrike has submitted its final incident report which you can read here.

**CrowdStrike did not identify any new or concerning findings beyond what we already shared; these findings include:**

- The Threat Actor accessed PowerSource, a community-focused customer support portal, using a single compromised credential.
- The Threat Actor's activities were limited to exfiltration of select PowerSchool SIS instances of Students and Teachers tables.
- CrowdStrike's Recon+ Intelligence service has not identified any evidence of this exfiltrated information available for sale or download.
- CrowdStrike found no evidence of system-layer access or malware associated with this incident.
- CrowdStrike found no other PowerSchool products were compromised.
- While the PowerSource environment experienced unauthorized activity prior to December, PowerSchool believes that the data exfiltration occu[illegible] te

This site uses cookies to offer you a better user experience. By using this site, you accept our use of cookies. I consent to cookies Want to know more? Privacy Statement

### Our Commitment Moving Forward

PowerSchool is committed to protecting the security and integrity of our applications and regularly reviews and enhances its security policies and practices, and we will continue to prioritize and invest significantly in our cybersecurity defenses. PowerSchool takes our responsibility to protect student, family and educator data privacy extremely seriously, and we are committed to taking further steps to strengthen the security of our systems.

# FAQs

### Who is PowerSchool?

PowerSchool provides cloud-based software to K-12 schools. This security incident affected some of the districts using the PowerSchool Student Information System product. We have no evidence that any other PowerSchool products were affected as a result of this incident.

### Who is eligible for complimentary identity protection services and credit monitoring?

PowerSchool is offering complimentary identity protection services including, if applicable, credit monitoring services, for involved students and educators, regardless of whether an individual's Social Security Number/Social Insurance Number was exfiltrated. In countries outside of the U.S. and Canada where the provider provides such services, PowerSchool is offering two years of complimentary identity protection services for all students and educators whose information was involved, regardless of what information about an individual was exfiltrated.

### How do I sign up for identity protection services and credit monitoring services?

For individuals who reside in the U.S., you can find more information on identity protection services and credit monitoring here: **https://www.powerschool.com/security/sis-incident/notice-of-united-states-data-breach/**

For individuals who reside in the Canada, you can find more information on identity protection services and credit monitoring here: **https://www.powerschool.com/security/sis-incident/notice-of-canada-data-breach/**

For individuals who reside outside the U.S. and Canada in a country where the provider provides identity protection services, your school or district will have access to information about such services.

### If my information was involved, how will I be notified?

PowerSchool is coordinating with Experian and TransUnion to provide notice on behalf of our customers (in the U.S. and Canada) to students (or their parents / guardians) and educators, as applicable, whose information was involved and for whom we had available contact information. If you reside outside of the U.S. and Canada, you may be notified by your school or district directly.

### What if I don't get an email?

If you reside in the U.S. and do not receive an email, you can find more information linked here: **http://www.powerschool.com/security/sis-incident/notice-of-united-states-data-breach/**

If you reside in Canada and do not receive an email, you can find more information linked here: **https://www.powerschool.com/security/sis-incident/notice-of-canada-data-breach/**

### Would PowerSchool reach out to me directly to request my personal information?

No, PowerSchool will never contact you by phone or email to request your personal or account information. You may receive an email from Experian on behalf of PowerSchool, which will provide information about enrolling in Experian or TransUnion services, as applicable.

### Were other PowerSchool products affected?

We have no evidence that other PowerSchool products were affected as a result of this incident. Districts and schools that do not utilize PowerSchool SIS were not affected.

### Why does the data involved vary by customer?

This is because the information stored in a customer's SIS is dependent on customer choice or district policies and requirements.

### Do we need to secure our own systems as a result of PowerSchool's cybersecurity incident?

We do not believe there is an ongoing risk to our systems. We have no evidence of malware or continued unauthorized activity in the PowerSchool environment. PowerSchool is not experiencing, nor does it expect to experience, any operational disruption and continues to provide services as normal to our customers.

This site uses cookies to offer you a better user experience. By using this site, you accept our use of cookies. Privacy Statement

### Has PowerSchool distributed a press release related to this incident?

Yes. In accordance with applicable laws and regulations, PowerSchool has distributed a press release via Business Wire in the United States and Canada an effort to inform the majority of those whose information was involved as a result of the incident.

## Notices of Data Breach

- Notice of Data Breach For Individuals in the United States
- Notice of Data Breach For Individuals in Canada

## General Updates

### January 27, 2025: PowerSchool Notifies Applicable Attorneys General Offices Regarding Cybersecurity Incident +

### January 24, 2025: Status Update +

### January 13, 2025: Update +

## U.S. Updates

### January 29, 2025: Identity and Credit Monitoring Update for United States Customers +

### January 17, 2025: Updated Information for U.S. Families, Educators and Customers +

## Canada & International Updates

This site uses cookies to offer you a better user experience. By using this site, you accept our use of cookies. Privacy Statement

**February 5, 2025: International Customer Update** +

**February 3, 2025: Identity and Credit Monitoring Update for Canadian Customers** +

**January 24, 2025: Updated Information for Canada Families, Educators and Customers** +

This site uses cookies to offer you a better user experience. By using this site, you accept our use of cookies. Privacy Statement